

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**FREDRICK STEVEN ICKES**           **CIVIL ACTION NO. 09-1685**
**# 499375**           **SECTION "P"**

**VS.**

          **JUDGE TRIMBLE**
**TONY MANCUSO, ET AL**           **MAGISTRATE JUDGE KAY**

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that plaintiff's civil rights complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR 41.3W.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this __13th__ day of __September__, 2010.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE